UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 OCT 30 AM 11: 40

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Magistrate's Case No. '07 MJ 2560 |
| V. | ) | |
| | ) | COMPLAINT FOR VIOLATION |
| Javier Garcia Guillen | ) | OF 18 USC, Section 922(a)(1)(A) – dealing firearms without a license |

The undersigned complainant being duly sworn states:

### COUNT 1

Beginning on August 24, 2005 and continuing until October 29, 2007, Defendant Javier Garcia Guillen purchased and subsequently sold 69 firearms. Defendant Guillen purchased the firearms from Big 5 Sporting Goods Stores located in Escondido, Mira Mesa, Oceanside and Vista, California, within the Southern District of California and re-sold them at migrant worker camps in San Diego County. Defendant Guillen never possessed a Federal Firearm License. Defendant Guillen confessed that he had been dealing firearms without a license since 2005, in violation of 18 United States Code, Section 922(a)(1)(A).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Special Agent Matthew Beals
Bureau of Alcohol, Tobacco
Firearms and Explosives

Sworn to before me and subscribed in my presence, this 30 day of October, 2007.

UNITED STATES MAGISTRATE

1

United States

    v.

Javier Garcia Guillen

## Probable Cause Statement

### OVERT ACTS

In violation of the aforementioned statute the following acts were committed in the Southern District of California:

Beginning on August 24, 2005 and continuing until October 27, 2007, Javier Garcia Guillen purchased 73 firearms from Big 5 Sporting Goods Stores, located in Escondido, Mira Mesa, Oceanside and Vista, California.

On October 26, 2007, ATF Industry Operations Investigator Kathleen Fender queried Guillen in the Federal Licensing System for a Federal Firearms License; the results were negative.

On October 29, 2007, ATF Agents observed Guillen purchase four firearms from Big 5 Sporting Goods, located at 2301 Vista Way, Oceanside, California 92054. The Agents subsequently conducted a search of Javier Garcia Guillen's residence, located at 1202 Borden Road, Space 109, Escondido, California 92026. No firearms were found in the residence.

On October 29, 2007, Guillen was interviewed by Special Agents Matthew Beals and Michael Cote, while the aforementioned search was underway. Guillen confessed that he had sold 69 firearms to various "illegal aliens" at multiple migrant worker camps within San Diego County. Guillen also confessed that he profited $100.00 for each firearm he sold.