```
 1  KAREN P. HEWITT
    United States Attorney
 2  CALEB E. MASON
    Assistant United States Attorney
 3  California State Bar No. 246653
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-5956
    Facsimile:  (619) 235-2757
 6  Email: caleb.mason@usdoj.gov

 7  Attorneys for Plaintiff
    United States of America
 8

 9

10                       UNITED STATES DISTRICT COURT
11                      SOUTHERN DISTRICT OF CALIFORNIA
12
    UNITED STATES OF AMERICA,        )   Case No. 07mj2560
13                                   )
                Plaintiff,           )
14                                   )   NOTICE OF APPEARANCE
           v.                        )
15                                   )
    JAVIER GARCIA GUILLEN,           )
16                                   )
                Defendant.           )
17  _____  )

18

19  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

20      I, the undersigned attorney, enter my appearance as lead counsel for the United States in the

21  above-captioned case. I certify that I am admitted to practice in this court or authorized to practice

22  under CivLR 83.3.c.3-4.

23      The following government attorneys (who are admitted to practice in this court or authorized

24  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

25  counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to

26  activity in this case:

27      Name

28      None.
```

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Name

None.

Please call me at the above-listed number if you have any questions about this notice.

DATED: November 2, 2007.

                                    Respectfully submitted,

                                    KAREN P. HEWITT
                                    United States Attorney

                                    /s/ *Caleb E. Mason*

                                    CALEB E. MASON
                                    Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07mj2560 |
| Plaintiff, ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| JAVIER GARCIA GUILLEN, ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, Caleb Mason, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated November 2, 2007, and this Certificate of Service, dated November 2, 2007, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

Antonio F Yoon, Esq.
Law Offices of Antonio F Yoon
501 West Broadway
Suite A-387
San Diego, CA 92101
*Attorney for defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 2, 2007.

/s/ *Caleb E. Mason*
CALEB E. MASON
Assistant United States Attorney

Notice of Appearance
United States v. Guillen           3           07mj2560